IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LARRY D. WRIGHT, JR.,

        Plaintiff

VS.

DR. EKWUNIFE, *et al.*,

        Defendants

NO. 5:10-CV-96 (MTT)

**PROCEEDINGS UNDER 42 U.S.C. §1983**
**BEFORE THE U. S. MAGISTRATE JUDGE**

## RECOMMENDATION

Before the court is plaintiff Larry D. Wright, Jr.'s motion seeking a preliminary injunction. Tab #16. In this motion, and after citing dissatisfaction with the officials at Baldwin State Prison, plaintiff Wright requests injunctive relief in the form of his being "transferred to another prison facility." However, a review of the record in this case reveals that the plaintiff is no longer incarcerated at Baldwin State Prison. Accordingly, **IT IS RECOMMENDED** that the plaintiff's motion seeking a preliminary injunction be **DENIED** as **moot**. [1] *See McKinnon v. Talladega County, Ala.*, 745 F.2d 1360, 1363 (11th Cir.1984)

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

The Clerk is directed to serve plaintiff at the **LAST ADDRESS provided by him**.

**SO RECOMMENDED,** this 26th day of JULY, 2010.



                              CLAUDE W. HICKS, JR.
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff had requested that he be transferred from Baldwin State Prison. Apparently, plaintiff was transferred to Valdosta State Prison shortly after he submitted his motion. See Tab #18.