IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARRY D. WRIGHT, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-96(MTT) |
| DR. EKWUNIFE, *et al.*, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation (Doc. 36) of United States Magistrate Judge Claude W. Hicks, Jr. on Plaintiff Larry D. Wright's Motion for Preliminary Injunction (Doc. 16). The Magistrate Judge recommends denying the Plaintiff's motion for injunctive relief seeking a transfer from Baldwin State Prison to another prison facility because the Plaintiff is no longer incarcerated at Baldwin State Prison (See Doc. 19), rendering is motion moot. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's Motion for Preliminary Injunction (Doc. 16) is **DENIED**.

**SO ORDERED**, this 31st day of August, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT