IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARRY D. WRIGHT, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-96(MTT) |
| DR. EKWUNIFE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation (Doc. 56) of United States Magistrate Judge Charles H. Weigle. The Magistrate Judge recommends granting the Defendants' Motion to Dismiss (Doc. 22) because the Plaintiff failed to exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a), prior to filing suit. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Defendants' Motion to Dismiss is **GRANTED**, and this action is **dismissed without prejudice**. Accordingly, the Plaintiff's Motion for a Protective Order (Doc. 42) and Motion for a Preliminary Injunction (Doc. 47) are **DENIED**, as **moot**.

**SO ORDERED,** this 7th day of February, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT